JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MARIBEL FLORES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOTTLING GROUP, LLC, a Delaware Corporation, and DOES 1 through 20, Inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-07168-AB-JEM<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 27, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.